WAYNE COUNTY [MICHIGAN] et al. v. AMERICAN STEEL EXPORT CO., INC.— Motion for leave to appeal to the Court of Appeals granted. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 585.]

ELIZABETH PEDRO v. VIVIEN NEWMAN et al., and BOB'S BUS TERMINAL, INC.— Motions for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 567.]

In the Matter of CHARLES F. NOYES et al., Respondents. GLOBE WIRELESS LIMITED et al., Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1031.]

IRVING MARK et al. v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 277 App. Div. 1114.]

GONG PRODUCTIONS, INC., v. REPUBLIC PICTURES CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 277 App. Div. 1102.]

RUTH ZEMEL v. 1616 CORPORATION.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1098.]

THOMAS J. V. CULLEN v. ALICE B. HEISSENBUTTEL et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 277 App. Div. 1024.]

MABEL V. METCALF v. STANLEY W. METCALF.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 277 App. Div. 1114.]

EDWARD SCHEER v. HANOVER FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1096.]